JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Appellant, *v.* MAX AARON et al., Defendants, and DORIS STERNLIEB, Respondent.

(Argued January 2, 1935; decided January 22, 1935.)

*Harold N. Cohen, Edward Feldman, Arthur Ofner, Isadore H. Cohen* and *Carl J. Austrian* for appellant.

*Emanuel Redfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.